# United States District Court

Southern    **DISTRICT OF**    New York

Bronnie Lee

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Merck & Co., Inc.

**07 CV 3248**

TO: (Name and address of defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100, WS3AB- 05
Whitehouse Station, New Jersey, 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Annesley H. DeGaris, Esq.
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue, FL 2
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
E-Mail: adegaris@cwcd.com and jsisson@cwcd.com

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 2 3 2007

**J. MICHAEL McMAHON**
CLERK

(BY) DEPUTY CLERK    DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 3, 2007 |
| NAME OF SERVER (PRINT) James Reap | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By delivering and leaving documents with Joan Marborn Administrative Assistant to legal Dept. person authorized to Accept Service on behalf of Merck & Co. Inc. at its usual place of business at 1 Merck Drive Whitehouse Station, NJ 08889

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 9, 2007
Date

Signature of Server

50 Main St. Hackensack, NJ 07601
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.