USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-12-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
IN RE: Fosamax Products Liability          :
Litigation                                 :
                                           :                    1:06-md-1789  (JFK)
----------------------------------------------------x           **ORDER**
*This Document Relates to*: All Actions     :
                                           :
----------------------------------------------------x

SEE ATTACHED

MDL 06 - 1789

In re Fosomax Products Liability - Order.

Defendants, Merck & Co. Inc., are hereby permitted to file hard copy Opposition papers to Plaintiffs' Motion for Class Certification. The volume of papers to be submitted is the reason for this authorization.

September 12, 2007        John F. Keenan
So ordered                        U. S. D. J.


SO ORDERED