UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION

Upon the motion of William J. Beausoleil, attorney for defendant Merck & Co., Inc., and said sponsor attorney's declaration that applicant Lela M. Hollabaugh is a member in good standing of the bar of the United States District Court for the Middle District of Tennessee; and that applicant's contact information is as follows:

Applicant's Name: Lela M. Hollabaugh

Firm Name: Waller Lansden Dortch & Davis

Address: Nashville City Center, 511 Union Street, Suite 2700

City/State/Zip: Nashville, Tennessee 37219

Telephone/Fax: (615) 850-8550/(615) 244-6804

Email Address: lela.hollabaugh@wallerlaw.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Merck & Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Lela M. Hollabaugh is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

60025768.1.DOC

www.nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: October 19, 2007
New York, New York

*John F. Keenan*
United States District Judge

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

MIDDLE DISTRICT OF TENNESSEE

I, KEITH THROCKMORTON, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **LELA M. HOLLABAUGH** was duly admitted to practice in said Court on **February 26, 1992**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on October 2, 2007



KEITH THROCKMORTON, CLERK

By 
Deputy Clerk



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## E – FILING REGISTRATION FORM

| **Requirements:** An attorney seeking to file documents electronically must be (1.) admitted to practice in the United States District Court for the Southern District of New York and be a member in good standing with the Court pursuant to Local Civil Rule 1.3 (2.) admitted pro hac vice or (3.) authorized to represent the United States of America. | **Instructions:** Complete this form to request an Electronic Case Filing (ECF) account from the United States District Court, Southern District of New York. Complete the form on-line and submit the form on-line **OR** print a hard copy, sign it, and present it to the Clerk's office at the address provided. **After verification, your user id and password will be electronically mailed to your e-mail address.** |

(Please type your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

First Name: Lela    Middle Name: M.    Last Name: Hollabaugh    If appropriate, check one: Sr. ☐ Jr. ☐ II ☐ III ☐

E-Mail: lela.hollabaugh@wallerlaw.com    Telephone: (615) 850-8550    Fax: (615) 244-6804

Affiliation/Firm: Waller Lansden Dortch & Davis    Firm's Telephone: (615) 244-6380

Address: Nashville City Center, 511 Union Street, Suite 2700    City: Nashville

State: (i.e. NY) TN    Zip: 37219    County of Affiliation/Firm: Davidson, TN

Please provide an alpha, numeric or alphanumeric code (unique personal identifier) that will be maintained confidentially for confirming your identity should you require your password changed or reassigned.

Are you admitted to the bar of the Southern District of New York and a member in good standing or an attorney otherwise authorized to represent the United States?    Yes ☐    No ☐

| Date admitted to the bar of this Court or authorized to represent the United States: ____ (mm/dd/yyyy) | Bar Code (SDNY) / Govt. ID: ____ |
| If admitted pro hac vice, please complete. Date motion granted: ____ In case number: ____ (mm/dd/yyyy) | If Attorney of Record in MDL action, provide MDL case number: 06-1789 |

By submitting this form electronically or in paper form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user id and password will serve as the signature of the attorney filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore as a participating attorney, I agree to protect the security of my password and immediately notify the court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc., and I will update the appropriate data within the ECF system.

Signature ____    Date ____

Click button below to submit form on-line **OR** submit completed Registration Form *via hand delivery or U.S. Mail* to:
   United States District Court
   Southern District of New York
   Daniel Patrick Moynihan U.S. Courthouse
   Attention: CM/ECF Registrar
   500 Pearl Street
   New York, NY 10007-1312

**Court Use Only:**
User Code Assigned: ____
Password Assigned: ____
Issuer: ____    SCAN ☐    DB ☐

**Click to Submit**    **Reset all fields**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

USDC ...
DOC...
ELE...
DOC #...
DATE FIL... 11-8-06

## CASE MANAGEMENT ORDER NO. 5
(Pro Hac Vice Admission)

Having conferred with the Clerk's Office, the Court revises Section 5, Paragraph 4 of Case Management Order No. 3, dated November 1, 2006. Association with local counsel and the filing of a motion for pro hac vice admission are not required. However, each counsel wishing to be admitted pro hac vice must submit the following documents to the attention of Mr. John Sacco, Training Supervisor at the United States District Court SDNY, 500 Pearl Street, New York, NY 10007:

1. a proposed order for admission pro hac vice;
2. a $25.00 check made payable to the Clerk of the Court SDNY;
3. a Certificate of Good Standing from a Federal District Court; and
4. a completed CM/ECF registration form for each attorney. The form is available on the Court's website at www.nysd.uscourts.gov. When completing the registration form, please omit the date of admission and bar code information. The Clerk will enter that information for you.

All counsel admitted pro hac vice must electronically file a notice of appearance upon receiving their CM/ECF login and password.

If assistance is needed, attorneys should contact Mr. Sacco at (212) 805-0732.

SO ORDERED.

Dated: New York, New York
November 8, 2006

/s/ John F. Keenan
JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE