IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE: Fosamax Products Liability Litigation** | ) ) ) | **MDL NO. 1789** |
| *This Document Relates To*: | ) ) | |
| **Bronnie Lee** | ) ) | |
| **1:07-cv-03248-JFK** | ) ) ) | |

## SUGGESTION OF DEATH

Rayford Yates Lee, Jr. and Walter Michael Lee, surviving children and Personal Representatives of Bronnie Lee, hereby give notice of the death of Bronnie Lee. The time, date and circumstances of her death are set forth in the Certificate of Death attached as Exhibit "1".

Respectfully Submitted,

s/Annesley H. DeGaris
ANNESLEY H. DEGARIS
CORY WATSON CROWDER &
DEGARIS, P.C.
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20th day of November, 2007 served a true and

correct copy of the foregoing pleading by operation of the Court's Electronic Case Filing

System to counsel of record in this case, including:


**James M. Doran, Jr.**
Waller, Lansden, Dortch & Davis
511 Union Street Suite 2700
Nashville, TN 37219
(615) 244-6380
(615) 244-6804 (fax)
jim.doran@wallerlaw.com

**Lela M. Hollabaugh**
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
(615) 850-8550
(615) 244-6804 (fax)
lela.hollabaugh@wallerlaw.com

**Theodore VanHuysen Mayer**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
(212) 422-4726 (fax)
mayer@hugheshubbard.com

**Christina Gaarder**
Venable, LLP
Two Hopkins Plaza, STE 1800
Baltimore, MD 21201-2978
(410) 244-7400
(410) 244-7742 (fax)
clgaarder@venable.com


s/Annesley H. DeGaris
ANNESLEY H. DEGARIS