# NEW HANOVER COUNTY
## REGISTER OF DEEDS
### WILMINGTON, NORTH CAROLINA

## CERTIFICATE OF DEATH

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N. C. VITAL RECORDS
**CERTIFICATE OF DEATH**

Registration District No.: **065-00**  Local No.: ___

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Bronnie Best Lee
2. SEX: F
3. DATE OF DEATH (Month, Day, Year): June 7, 2007
4. SOCIAL SECURITY NUMBER: 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
5. AGE–Last Birthday (Years): 88
6. DATE OF BIRTH: September 28, 1919
7. BIRTHPLACE: Sampson, NC
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No
9a. PLACE OF DEATH: ☒ Nursing Home
9b. FACILITY NAME: Davis Health Care Center
9c. CITY, TOWN, OR LOCATION OF DEATH: Wilmington
9d. INSIDE CITY LIMITS?: (blank)
9e. COUNTY OF DEATH: New Hanover
10. MARITAL STATUS: Widowed
11. SURVIVING SPOUSE: (blank)
12a. DECEDENT'S USUAL OCCUPATION: Research Interviewer
12b. KIND OF BUSINESS/INDUSTRY: US Government
13a. RESIDENCE–STATE: NC
13b. COUNTY: New Hanover
13c. CITY, TOWN, OR LOCATION: Wilmington
13d. STREET AND NUMBER: 1011 Porters Neck Road
13e. INSIDE CITY LIMITS?: Yes
13f. ZIP CODE: 28411
14. Hispanic Origin?: No
15. RACE: White
16. DECEDENT'S EDUCATION: 11

**PARENTS**

17. FATHER'S NAME: T. W. Best
18. MOTHER'S NAME: Effie Cotton

**INFORMANT**

19a. INFORMANT'S NAME: Rayford Yates Lee, Jr.
19b. MAILING ADDRESS: 105 Battersea Park, Cary, NC 27513
19c. DATE AMENDED: (blank)

**CAUSE OF DEATH**

Part I.
a. IMMEDIATE CAUSE: Osteonecrosis of the mandible — Approximate Interval Between Onset and Death: 1 yr
b. (blank)
c. (blank)

Part II. Other significant conditions: (blank)

21a. AUTOPSY?: (blank)
21b. If yes, were findings considered: (blank)
21c. Was case referred to Medical Examiner?: (blank)
22. TIME OF DEATH: (blank)

**CERTIFIER**

23a. SIGNATURE AND TITLE OF CERTIFIER: Marsha Fretwell
23b. DATE SIGNED: 6/13/07
24. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Marsha Fretwell, MD  1011 Porters Neck Road, Wilmington, North Carolina

**DISPOSITION**

25a. METHOD OF DISPOSITION: ☒ Burial
25b. PLACE OF DISPOSITION: Wayne Memorial Park
25c. LOCATION: Dudley, NC 28333
26a. NAME AND ADDRESS OF FUNERAL HOME: Coble-Ward-Smith Funeral Service, 3915 Oleander Drive, Wilmington, NC 28403
26b. NAME OF FUNERAL DIRECTOR: Deborah J. Kidd
26c. LICENSE NUMBER: FD3764
27. REGISTRAR'S SIGNATURE: (signature)
28. DATE FILED: JUN 15 2007
26d. NAME OF EMBALMER: William Hardee
26e. LICENSE NUMBER: FSL1752

Substitute for: DHHS 1872 (Revised 3/03 Review 2/06) VITAL RECORDS

---

This is to certify that this is a true and correct reproduction or abstract of the official record filed in the New Hanover County Register of Deeds Office. Any alterations or erasure voids this certificate. DO NOT ACCEPT unless on security paper with SEAL clearly embossed.

Date: 20 TH June 2007

REBECCA P. SMITH, Register of Deeds

By: _____ Deputy/Assistant Register of Deeds