Annesley H. DeGaris
CORY WATSON CROWDER
& DEGARIS
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200

*Attorney for Plaintiff Bronnie Lee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: Fosamax Products Liability Litigation ) ) ) | MDL NO. 1789 |
| *This Document Relates To*: ) Bronnie Lee ) 1:07-cv-03248-JFK ) ) | 1:06-MD-1789 (JFK) |

**NOTICE OF MOTION FOR SUBSTITUTION FILED ON**
**BEHALF OF PLAINTIFF BRONNIE LEE PURSUANT TO FED. R. CIV. P. 25 (a) (1)**

PLEASE TAKE NOTICE that, upon the Notice of Motion filed on behalf of Plaintiff Bronnie Lee, the Declaration of Annesley H. DeGaris, and the accompanying Unopposed Motion for Substitution filed on behalf of Bronnie Lee, the Personal Representatives of Plaintiff Bronnie Lee will move this Court for an Order to allow their substitution, in place and instead of Bronnie Lee pursuant to Fed. R. Civ. P. 25(a)(1).

Dated: Birmingham, Alabama
          November 20, 2007

                        Respectfully submitted,

                        CORY WATSON CROWDER & DEGARIS, PC

                        By:___/s/_____
                        Annesley H. DeGaris
                        2131 Magnolia Avenue
                        Birmingham, AL 35205
                        (205) 328-2200

                        *Attorney for Plaintiff Bronnie Lee*