Annesley H. DeGaris
CORY WATSON CROWDER
& DEGARIS
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200

*Attorney for Plaintiff Bronnie Lee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Fosamax Products** ) | |
| **Liability Litigation** ) | |
| ) | **MDL NO. 1789** |
| **This Document Relates To:** ) | **1:06-MD-1789 (JFK)** |
| **Bronnie Lee** ) | |
| **1:07-cv-03248-JFK** ) | |
| ) | |

## DECLARATION OF ANNESLEY H. DEGARIS

ANNESLEY H. DEGARIS declares as follows:

1.      I am an attorney admitted to practice before this Court and a partner at Cory

Watson Crowder & DeGaris, attorneys for Plaintiff Bronnie Lee. I am familiar with the facts set

forth herein. I make this declaration based on my own personal knowledge and the business

records of the Firm.

2.      I make this declaration in support of the Unopposed Motion for Substitution Filed

on Behalf of Plaintiff Bronnie Lee Pursuant to Fed. R. Civ. P. 25(a)(1).

3.      A true and correct copy of the Letters of Administration, dated August 27, 2007,

is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

_____/s/_____

Annesley H. DeGaris

Executed this
20th day of November 20, 2007