07E000844

*(TYPE OR PRINT IN BLACK INK)*

**STATE OF NORTH CAROLINA**

New Hanover County

FILED
07 AUG 27 AM 10: 51
NEW HANOVER CTY., C.S.C.
BY_____

File No. _____

In The General Court Of Justice
Superior Court Division
Before The Clerk

**IN THE MATTER OF THE ESTATE OF:**

**APPLICATION FOR LETTERS OF ADMINISTRATION**

G.S. 28A-6-1; 28A-12-4; 105-22

| Name, Street Address, City, State And Zip Code Of Decedent | | | |
|---|---|---|---|
| Bronnie Best Lee<br>Davis Health Care Center<br>1011 Porter's Neck Rd, Wilmington, NC 27513 | | | |
| Social Security No. (Last Four Digits)<br>0541 | County Of Domicile At Time Of Death<br>New Hanover | Date Of Death<br>6/7/2007 | Place Of Death (If Different From County Of Domicile) |
| Name, Street Address, PO Box, City, State And Zip Code Of Applicant<br>Rayford Yates Lee, Jr.<br>105 Battersea Park Circle<br>Cary, NC 27513-0000 | | Name, Street Address, PO Box, City, State And Zip Code Of Co-Applicant<br>Walter Michael Lee<br>6371 US Hwy 221 South<br>Blowing Rock NC 28605 | |
| Telephone No.<br>919-469-8822 | | Telephone No.<br>828-295-9427 | |
| Legal Residence (County, State)<br>Wake County, NC | | Legal Residence (County, State)<br>Watauga County, NC | |
| Name, Street Address, PO Box, City, State And Zip Code Of Attorney<br>None | | Attorney Bar No.<br>N/A | |
| | | Telephone No.<br>N/A | |

I, the undersigned, applying for letters of administration in the above estate, being first duly sworn, say that:

1. The decedent was domiciled in this county at the time of the decedent's death, or left property or assets in this county, or was a nonresident motorist who died in North Carolina, and no other proceeding for probate or for administration is pending in any jurisdiction.

2. ☐ a. I am the person entitled to apply for letters or am applying after all persons having prior right to apply have renounced.
   ☐ b. I am applying subject to G.S. 28A-6-2(1) and move that all necessary citations be issued.
   ☐ c. I am the public administrator appointed by the Court.

3. I am not disqualified pursuant to G.S. 28A-4-2 to administer the estate and have not renounced my right to do so.

4. After diligent inquiry, I have determined that the persons listed below are all the persons entitled to share in the decedent's estate. *(If there is a court-appointed guardian for any such person(s), list the guardian's name and address on an attachment.)*

TRUE COPY
PATRICK
CLERK OF SUPERIOR COURT
NEW HANOVER COUNTY
BY: Janice W. Eason
Assistant Clerk of Superior Court

| NAME | AGE | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|---|
| Rayford Yates Lee, Jr. | 62 | Son of Decedent | 105 Battersea Park Circle, Cary NC 27513 |
| Walter Michael Lee | 60 | Son of Decedent | 6371 US Hwy. 221 South, Blowing Rock, NC 28605 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

AOC-E-202, Rev. 7/06
© 2006 Administrative Office of the Courts

Original - File   Copy - Applicant
(Preliminary Inventory On Reverse)

# PRELIMINARY INVENTORY
*(Give values as of date of decedent's death. Continue on separate attachment if necessary.)*

## PART I. PROPERTY OF THE ESTATE

| | Est. Market Value |
|---|---|
| 1. Accounts in sole name of decedent *(List bank, etc., each account no. and balance.)* <br> None | $ $0.00 |
| 2. Joint accounts without right of survivorship *(List bank, etc., each account no., balance and joint owners.)* <br> None — % Owned By | $0.00 |
| | % Owned By |
| | % Owned By |
| | % Owned By |
| 3. Stocks/bonds/securities in sole name of decedent or jointly owned without right of survivorship............ % Owned By Dec. | $0.00 |
| 4. Cash and undeposited checks on hand.................................................. | $0.00 |
| 5. Household furnishings......................................................................... | $0.00 |
| 6. Farm products, livestock, equipment and tools.................................... | $0.00 |
| 7. Vehicles............................................................................................... | $0.00 |
| 8. Interest in partnership or sole proprietor businesses........................... | $0.00 |
| 9. Insurance, Retirement Plan, I.R.A., etc., payable to Estate................. | $0.00 |
| 10. Notes, judgments, and other debts due decedent............................. | $0.00 |
| 11. Miscellaneous personal property....................................................... | $0.00 |
| 12. Estimated annual income of Estate................................................... | $0.00 |
| *(Base bond on this amount, if applicable.)* **TOTAL PART I.** ▶ | $0.00 |

*Stamp: A TRUE COPY / CLERK OF SUPERIOR COURT / NEW HANOVER COUNTY / BY: Janice W. Eason / Assistant Clerk of Superior Court*

## PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS

| | |
|---|---|
| 1. Joint accounts with right of survivorship *(List bank, etc., each account no., balance and joint owners.)* <br> None | $0.00 |
| 2. Stocks/bonds/securities registered in beneficiary form and immediately transferred on death or jointly owned with right of survivorship.................. | $0.00 |
| 3. Other personal property recoverable (G.S. 28A-15-10)....................... | $0.00 |
| 4. Real estate owned by decedent and not listed elsewhere................... | $0.00 |
| **TOTAL PART II.** ▶ | $0.00 |

## PART III. OTHER PROPERTY

1. There ☐ is  ☒ is not entireties real estate owned by decedent and spouse
2. There ☐ are ☒ are not Insurance, Retirement Plan, I.R.A., accounts, etc., payable to named beneficiaries
3. There ☒ is ☐ is not a potential claim for wrongful death arising under G.S. 28A-18.2

| Signature Of Applicant | Signature Of Co-Applicant |
|---|---|
| [signed] | [signed] |
| **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** | **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** |
| Date 8-27-07  Signature: Janice Eason | Date 8-27-07  Signature: Janice Eason |
| ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court |
| ☐ Notary  Date Commission Expires:  County Where Notarized: <br> **SEAL** | ☐ Notary  Date Commission Expires:  County Where Notarized: <br> **SEAL** |

**STATE OF NORTH CAROLINA**

_____New Hanover_____ County

File No.

In The General Court Of Justice
Superior Court Division
Before The Clerk

FILED
07 AUG 27 AM 10:51
NEW HANOVER
BY

| IN THE MATTER OF THE ESTATE OF: |
|---|

Name Of Decedent/Minor/Incompetent/Trust
Bronnie Best Lee

**OATH/AFFIRMATION**
N.C. Constitution, Art. VI., Sec. 7; G.S.11-7, 11-11; 28A-7-1

I, the undersigned, do solemnly  ☒ swear  ☐ affirm  that I will support and maintain the Constitution and laws of the United States, and the Constitution and laws of North Carolina not inconsistent therewith; that I will be faithful and bear true allegiance to the State of North Carolina, and to the constitutional powers and authorities which are or may be established for the government thereof; and that I will endeavor to support, maintain and defend the Constitution of said State, not inconsistent with the Constitution of the United States, to the best of my knowledge and ability; and that I will faithfully discharge the duties of my office as indicated below;
☒ so help me, God.   ☐ and this is my solemn affirmation.

(check office below)

☒ **OATH OF ADMINISTRATOR**

I ☒ swear  ☐ affirm  that I believe that the above named decedent died without leaving any Last Will and Testament; that I will well and truly administer all and singular the goods and chattels, rights and credits of the deceased and a true and perfect inventory thereof return according to law; and that all other duties appertaining to the charge reposed in me, I will well and truly perform, according to law and with my best skill and ability;
☒ so help me, God.   ☐ and this is my solemn affirmation.

☐ **OATH OF EXECUTOR**

I ☐ swear  ☐ affirm  that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies; as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an executor, agreeably to the trust and confidence reposed in me, and according to law; ☐ so help me, God.   ☐ and this is my solemn affirmation.

A TRUE COPY
CLERK OF SUPERIOR COURT
NEW HANOVER COUNTY
BY: Janice W. Eason
Assistant Clerk

☐ **OATH OF ADMINISTRATOR CTA**

I ☐ swear  ☐ affirm  that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies, as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an administrator cta to the best of my skill and ability and according to the law;
☐ so help me, God.   ☐ and this is my solemn affirmation.

☒ **OATH OF FIDUCIARY**

I ☒ swear  ☐ affirm  that I will faithfully and honestly discharge the duties reposed in me according to the best of my skill and ability, and according to law;   ☒ so help me, God.   ☐ and this is my solemn affirmation.

| Name Of Fiduciary 1 | Name Of Fiduciary 2 |
|---|---|
| Rayford Yates Lee, Jr. | Walter Michael Lee |
| Signature Of Fiduciary _(signed)_ | Signature Of Fiduciary _(signed)_ |
| ☒ SWORN ☐ AFFIRMED AND SUBSCRIBED TO BEFORE ME | ☒ SWORN ☐ AFFIRMED AND SUBSCRIBED TO BEFORE ME |
| Date 8-27-2007 | Date 8-27-2007 |
| Signature Of Person Authorized To Administer Oaths _Janice Eason_ | Signature Of Person Authorized To Administer Oaths _Janice Eason_ |
| ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court |
| Date My Commission Expires | ☐ Notary | Date My Commission Expires | ☐ Notary |
| County Where Notarized  SEAL | County Where Notarized  SEAL |

AOC-E-400, Rev. 3/07
© 2007 Administrative Office of the Courts

Original-File

07E000844

| STATE OF NORTH CAROLINA | File No. | |
|---|---|---|
| New Hanover County | | In The General Court Of Justice<br>Superior Court Division<br>Before The Clerk |

FILED
07 AUG 27 AM 10:51
NEW HANOVER CTY. C.S.C.
BY_____

| IN THE MATTER OF THE ESTATE OF:<br>Name Of Decedent/Minor/Incompetent/Trust<br><br>Bronnie Best Lee | ORDER AUTHORIZING<br>ISSUANCE OF LETTERS<br><br>G.S. 28A-6-1; 35A-1215, -1226; 36A-107 |
|---|---|

The Court finds from the Application for Letters in the matter named above that the Fiduciary is entitled and is not disqualified to administer the estate, trust or guardianship.

Based on these findings the Court orders that Letters be issued to the Fiduciary in this matter.

A TRUE COPY
CLERK OF SUPERIOR COURT
NEW HANOVER COUNTY
BY: *Janice W. Eason*
Assistant Clerk of Superior Court

| Name And Address Of Fiduciary 1<br>Rayford Yates Lee, Jr.<br>105 Battersea Park Circle<br>Cary, NC 27513-0000 | Date 8-27-2007<br>Clerk Of Superior Court *Brenda A Tucker* |
|---|---|
| Title Of Fiduciary 1<br>Co-Administrator | EX OFFICIO JUDGE OF PROBATE |
| Name And Address Of Fiduciary 2<br>Walter Michael Lee<br>6371 US Hwy 221 South<br>Blowing Rock NC 28605 | Date Of Issuance 8-27-2007<br>Signature *Janice Eason* |
| Title Of Fiduciary 2<br>Co-Administrator | ☑ Assistant CSC    ☐ Clerk Of Superior Court |

AOC-E-402, Rev. 6/04
© 2004 Administrative Office of the Courts

07E000644

| STATE OF NORTH CAROLINA | File No. |
|---|---|
| New Hanover County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |
| **IN THE MATTER OF THE ESTATE OF:**<br>Name<br>Bronnie Best Lee | **LETTERS** Administration<br>G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1<br>Rayford Yates Lee, Jr.<br>105 Battersea Park Circle<br>Cary, NC 27513-0000 | Date Of Qualification 8-27-2007<br>Clerk Of Superior Court Brenda A. Tucker |
|---|---|
| Title Of Fiduciary 1<br>Co-Administrator | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2<br>Walter Michael Lee<br>6371 US Hwy 221 South<br>Blowing Rock NC 28605 | Date Of Issuance 8-27-2007<br>Signature Janice Eason |
| Title Of Fiduciary 2<br>Co-Administrator | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court |

**SEAL**

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts