January 16, 2008

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 (877) 767-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

**Invoice**

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business

Reference Job **#37007** when remitting.

## PERSONAL

BONNIE LEE vs MERCK & CO., INC.,

**Docket/Case Number: 1:07-CV-3248**
SUM Sum & Amended Comp
**MERCK & CO., INC.**

Completed Personal Service to JOAN DEARBORN, LEGAL SECRETARY , Agent in Charge on
January 15, 2008 at 3:35 PM,
at: MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE STATION, NJ 08889
by JAMES REAP, Process Server

Sex: **Female** Skin: **White** Hair: **Brown** Height: **5' 9"** Weight: **140-150 lbs** Age: **50** Other: **glasses**

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

Total Service Fees : $75.00
Amount Received: $75.00
Amount Due: $0.00

There is no balance due:   $0.00

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally, nationally, and internationally.

|  |  |
|---|---|
| BONNIE LEE <br><br> V. <br><br> MERCK & CO., INC. | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br> Docket/Index # 1:07-CV-3248 <br><br> **Affidavit of Service** |

State of New Jersey

                       SS:

County of Bergen

I, **JAMES REAP** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **January 15, 2008** at **3:35 PM**, deponent served the within named **SUMMONS & AMENDED COMPLAINT** upon **MERCK & CO., INC.**, Defendant. Said service was effected at **MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE STATION, NJ 08889**, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to **JOAN DEARBORN** personally. Deponent knew said corporation so served to be the corporation described as **MERCK & CO., INC.** and knew said individual to be the **LEGAL SECRETARY** thereof, an authorized person to accept service of process.

**JOAN DEARBORN** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**  Skin Color: **White**  Hair: **Brown**  Age(Approx): **50**  Ht.(Approx): **5' 9"**  Wt.(Approx): **140-150 lbs**
Other: **glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on January 16, 2008

DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/12

JAMES REAP, Process Server
Callahan Lawyers Service
50 Main Street
P.O. Box 632
Hackensack, NJ 07602
(201) 489-2245 (877) 767-2245 , (201) 489-8093 (Fax)

CLS # 37007